AO 91 (REV.5/85) Criminal Complaint     SAUSA M. David Habich, (312) 829-8931

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

BRUNO SALGADO

(Name and Address of Defendant)

FILED
J.N 5-29-08
MAY 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**CRIMINAL COMPLAINT**

CASE NUMBER: 08CR 427

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 10, 1982__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:

Official Title

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**P. Araya**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

May 29, 2008                                   at          Chicago, Illinois
Date                                                       City and State

Geraldine Soat Brown, United States Magistrate Judge
Name & Title of Judicial Officer                           Signature of Judicial Officer

STATE OF ILLINOIS   )
                    )  ss
COUNTY OF COOK      )

## A F F I D A V I T

I, PABLO ARAYA, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for thirteen years. I am currently assigned to the FBI Violent Crimes/Fugitive Squad, and am the Division's Fugitive Coordinator; as such am familiar with fugitive investigations. The information contained in this affidavit was furnished by Detective J. CAMPBELL of the Chicago Police Department (CPD), Cold Case Unit, unless otherwise indicated.

2. On July 10, 1982, ISMAEL SOLANO and JOSE ARNALDO were shot by the same gunman during a dispute at a local Chicago tavern. SOLANO subsequently died from his injuries sustained during the shooting. Investigation by the CPD identified BRUNO SALGADO as the suspect in the murder. On July 12, 1982, the Circuit Court of Cook County, Illinois, issued a warrant for the arrest of SALGADO after he was charged with one count of first degree murder, a felony. A copy of the arrest warrant is attached to this affidavit.

3. Investigation conducted by the FBI and the CPD at the time failed to locate SALGADO in Chicago. Several of SALGADO's associates were interviewed, and all stated that SALGADO had fled the Chicago area, possibly to his native Mexico. However, as there

was no extradition treaty with Mexico at the time, the case remained open, but no further action was taken on it.

4. In February 2006, the case was revisited by CPD Cold Case Unit. During their investigation, they determined that SALGADO had been living in the Santa Ana, California area as recently as 2002. Additionally, they learned that SALGADO had assumed an alias identity of GABRIEL FIGUEROA.

5. Based upon the information contained in this affidavit, I believe BRUNO SALGADO fled the State of Illinois to avoid prosecution for first degree murder.

8. The Cook County State's Attorney's Office will extradite SALGADO when he is apprehended.

P. ARAYA
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this 29th day of May, 2008

Geraldine Soat Brown
United States Magistrate Judge

JUN-07-07  11:21AM    FROM-WARRANT PROCESS AND REVIEW

COURT BRANCH    COURT DATE    SHEET    LINE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of The State of Illinois

82-1-377940-01

CASE NO. 82-377940

Bruno SALGADO       Defendant

☐ BFW

## ARREST WARRANT

THE PEOPLE OF THE STATE OF ILLINOIS TO ALL PEACE OFFICERS IN THE STATE - GREETING:

We command you to arrest __Bruno SALGADO__ (Defendant)

for the offense of __MURDER__

stated in a charge now pending before this court and that you bring him instanter before The Circuit Court of Cook County at __Branch 66, 2650 S. California Chicago, Illinois__ (location) or if I am absent or unable to act before the nearest or most accessible court in Cook County or if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

Issued in Cook County __8-12-82__

Bail fixed at $ __No Bail__

Judge [signature]

WITNESS: MORGAN M. FINLEY, CLERK OF THE COURT and the Seal thereof, __July 11, 1982__
Clerk of The Circuit Court    By [signature] Deputy Clerk

### INFORMATION AND DESCRIPTION OF DEFENDANT

Name __Bruno SALGADO__    Alias ____    (Apt.) __1E__
Residence __3039 N. Troy__

| Sex | Race | Weight | Height | Birth Date (Day-Mo-Yr) | Age | Complexion | Build | Mustache | Glasses |
|---|---|---|---|---|---|---|---|---|---|
| M | WH | 160 | 5'7 | 29 Sep 54 | 27 | Olive | Stocky | Yes | No |

Place of Employment __Accurate Products__    Address __2647 N. Greenview__
Soc. Sec. No. __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__
Occupation ____
Hours of Employment ____
Additional Information: IR Number __474563__
CB Number ____
IBI Number __FBI #961619P2__

Complainant's Name __Ismael Solano (Deceased)__    Tel No. ____
Residence ____    Tel No. ____
Where Employed ____    Address ____
Additional Information ____

Arresting Officer __Detectives D. Sterling #10759 and M. Flynn #13602__    Star Number    Unit or Municipality __Area 6 Violent Cr.__

By order of the Court the officer making the arrest is required to notify the complainant.

MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY