# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 427 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Bruno Salgado | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Bruno Salgado.    *Geraldine Soat Brown*

Docketing to mail notices.

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|

U.S. DISTRICT COURT

2008 MAY 29 PM 3: 25

FILED